**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY KILLEBREW,<br><br>        Petitioner,<br><br>    vs.<br><br>D.K. SISTO, WARDEN,<br><br>        Respondent. | CASE NO. ED CV 09-00445 SVW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of CHESTER RAY KILLEBREW, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 7, 2010

                                                STEPHEN V. WILSON<br>
                                        UNITED STATES DISTRICT JUDGE